No. 92–6670. RUIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6673. PRADO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6674. VALENCIA PARRA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6676. WATKINS *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Va. Certiorari denied.

No. 92–6678. STEPOLI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6683. KAADI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6684. KNIGHT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6685. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6686. JOHNSTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6689. KRESE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6690. HULL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6692. BREWER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–6693. YOUNG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6697. FORTENBERRY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6700. LARCK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6701. MOATES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.